**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KEVIN A. PEZZANO, : No. 170 MAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
TOWAMENCIN TOWNSHIP, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.